Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   07−22597 TJC     Chapter:   13**

Cynthia Ann Brown
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 3/18/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 3/18/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, V Harper 410−962−4075